```
AARON D. FORD
  Attorney General
JANET L. MERRILL (Bar No. 10736)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov gov
```

*Attorneys for Defendants*
*Tim Garrett and Anthony Martinez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK MCCAFFREY,<br><br>                 Plaintiff,<br><br>vs.<br><br>C/O MARTINEZ, et al.,<br><br>                 Defendants. | Case No. 3:22-cv-00110-MMD-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE** |

The Parties, Plaintiff, PATRICK MCCAFFREY, *pro per*, and Defendants, TIM GARRETT and ANTHONY MARTINEZ, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter

////
///
////
///
////
///
////
////

1

1  should be dismissed with prejudice by Order of this Court, with each party to bear their
2  own attorney's fees and costs.
3  DATED this _____ of February, 2024.    DATED this __13th__ of February, 2024.

AARON D. FORD
Attorney General

By: [signature]        By: /s/ Janet Merrill
PATRICK MCCAFFREY      JANET L. MERRILL (Bar No. 10736)
Plaintiff # 1173302    Deputy Attorney General
                       Attorneys for Defendants

February 13, 2024

IT IS SO ORDERED.

DATED this __14th__ day of February, 2024.

[signature]
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 13, 2024, I electronically filed the foregoing, **STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE,** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Patrick McCaffrey #1173302
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
*Plaintiff, Pro Se*

_____
An employee of the
Office of the Nevada Attorney General